IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    : Chapter 13
    Neil, Toshika S

    Debtor                                       :        23-10851

ORDER

AND NOW, this __10th__ day of January, 2024, upon consideration of the Debtor's objection, notice and hearing, it is hereby ORDERED, ADJUDGED AND DECREED:

    1. The objection is sustained.

    2. LVNV Funding, LLC c/o Resurgent Capital Services' proof of claim No.4 is disallowed and stricken from the Debtor's Claims Register.

Date: *Magdeline D. Coleman*

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

Copy to:

John L. McClain, Esquire
1851 C.R. 27
Owls Head, NY 12969

Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106

LVNV Funding, LLC c/o Resurgent Capital Services
P.O. BOX 10587
Greenville, SC 29603-0587
ATTN: Brandie McCann, Authorized Agent